1
2
3
4
5
6

G. Thomas Martin (SBN 218456)
tom@plglawfirm.com
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
(818) 907-2030 Telephone
(818) 205-2730 Facsimile
Attorneys for Plaintiff, ROSA CHANEY

7
8
9
10
11
12
13

Jeffery J. Carlson (SBN 60752)
Carlsonj@cmtlaw.com
J. Grace Felipe (SBN 190893)
Felipeg@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant, RENT RECOVERY SOLUTIONS, INC.

14

15

## UNITED STATES DISTRICT COURT

16

## CENTRAL DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24

| ROSA CHANEY, | ) | Case No: 2:14-cv-00871-ABC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |
| vs. | ) | |
| RENT RECOVERY SOLUTIONS; and DOES 1 to 10, inclusive, | ) | |
| Defendants. | ) | |

25
26
27
28

IT IS HEREBY STIPULATED by and between Plaintiff ROSA CHANEY

and Defendant RENT RECOVERY SOLUTIONS, INC. ("Defendant") through

their respective counsel of record, that the above-entitled action shall be dismissed

1    in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules*

2    *of Civil Procedure.*  Each party shall bear its own costs and expenses.

3

4

5    DATED:  July 17, 2014                    PRICE LAW GROUP APC

6

7                                            By: /s/ G. Thomas Martin, III
                                                  G. Thomas Martin, III
8                                                 Attorneys for Plaintiff,
                                                  ROSA CHANEY
9

10   DATED:  July 17, 2014                    CARLSON & MESSER LLP

11

12

13                                           By: /s/ J. Grace Felipe
                                                  Jeffery J. Carlson
14                                                J. Grace Felipe
                                                  Attorneys for Defendant,
15                                                RENT RECOVERY SOLUTIONS,
                                                  LLC
16

17

18

19

20

21

22

23

24

25

26

27

28